IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02752-PAB-KLM

AURORA BANK FSB, a Federal Saving Bank,

    Plaintiff,

v.

SHEA MORTGAGE INC., a California Corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [Docket No. 20; Filed February 26, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#20-1, #20-2] supplied by Plaintiff is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 28, 2013